1  Sharon Glenn Pratt (SBN 121947)
2  Patricia A. Wendleton (SBN 138311)
   PRATT & ASSOCIATES
3  The Pruneyard Tower I
   1901 S. Bascom Avenue, Suite 350
4  Campbell, CA  95008
   Telephone:  (408) 369-0800
5  Facsimile:  (408) 369-0752

6  Attorneys for Defendant and
   Cross-Complainant
7  DAN JOSEPH MASON

8  Adrienne C. Publicover (SBN 161432)
   Donald P. Sullivan (SBN 191080)
9  Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   525 Market Street
10 17th Floor
   San Francisco, CA 94105
11 Telephone (415) 433-0990
   Facsimile (415) 434-1370
12
   Attorneys for Cross-Defendant,
13 Connecticut General Life Insurance Company

14 Rodney W. Simmons (SBN 227491)
   10824 Olson Drive
15 C126
   Rancho Cordova, CA 95670
16 (916) 851-5239

17 Attorney for NCO Financial Systems, Inc.

18

19                UNITED STATES DISTRICT COURT

20            FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                         SAN JOSE DIVISION

22

| NCO FINANCIAL SYSTEMS, INC., | CASE NO.:  11-cv-152 JF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE BY ONE WEEK** |
| DAN JOSEPH MASON and ROES 1 through 15, inclusive, | |
| Defendant. | Date:     April 15, 2011<br>Time:    10:30 a.m.<br>Place:   Courtroom 3<br>Judge:  The Hon. Jeremy Fogel |

-1-

Stip. and [Prop] Order to Continue Case Management Conf.
Case No. 11-cv-00152 JF

|   |   |
|---|---|
| DAN JOSEPH MASON, | |
| Cross-Complainant, | |
| v. | |
| CONNECTICUT GENERAL LIFE INSURANCE CO. and ROES 1 through 15, | |
| Cross-Defendant. | |

## RECITALS

**WHEREAS**, Cross-Complainant Dan Joseph Mason ("Mason") filed this action against Cross-Defendant Connecticut General Life Insurance Company ("CGLIC") in the Superior Court of the State of California, County of Santa Clara, on or about December 14, 2010, seeking the payment of additional medical benefits from his employer-sponsored medical plan, the Tyco Electronics Medical Plan ("Tyco Plan"), to cover two days of a three-day hospital stay;

**WHEREAS**, CGLIC removed the case to this Court on January 11, 2011;

**WHEREAS**, the case was originally assigned to the Honorable Howard R. Lloyd;

**WHEREAS**, the case was re-assigned to the Honorable Jeremy Fogel on January 28, 2011;

**WHEREAS**, on February 15, 2011, Judge Fogel set a Case Management Conference in this case for April 15, 2011 at 10:30 a.m.;

**WHEREAS**, the parties have meet and conferred pursuant to the Rules of this Court and have prepared a draft Joint Case Management Conference Statement;

**WHEREAS**, Mason and CGLIC are in settlement negotiations;

**WHEREAS**, CGLIC is still in the process of determining certain facts that will impact Mason's jurisdictional and preemption arguments; and

**WHEREAS**, the conclusion of CGLIC's investigation may hasten settlement negotiations and bring this matter to resolution before the Case Management Conference.

/ / /

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

# STIPULATION

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel of record, that, if the Court's calendar allows it, the Case Management Conference in this matter shall be continued by one week from Friday, April 15 to Friday April 22, 2011 at 10:30 a.m. The parties shall file their Joint Case Management Statement on or before Friday, April 15, 2011.

Dated: April 7, 2011         PRATT & ASSOCIATES

By /S/ Patricia A. Wendleton
   PATRICIA A. WENDLETON
   Attorneys for Defendant and
   Cross-Complainant
   DAN JOSEPH MASON

Dated April 8, 2011          WILSON, ELSER, MOSKOVITZ, EDELMAN & DICKER, LLP

By /S/ Donald P. Sullivan
   DONALD P. SULLIVAN
   Attorney for Cross-Defendant
   CONNECTICUT GENERAL LIFE
   INSURANCE COMPANY

Dated: April 8, 2011         RODNEY WILBUR SIMMONS

By /S/ Rodney Wilbur Simmons
   RODNEY WILBUR SIMMONS
   Attorney for NCO Financial Systems, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: 4/12/11

The Hon. Jeremy Fogel
United States District Judge

-3-

Stip. and [Prop] Order to Continue Case Management Conf.
Case No. 11-cv-00152 JF

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752