Sharon Glenn Pratt (SBN 121947)
Patricia A. Wendleton (SBN 138311)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 369-0800
Facsimile:  (408) 369-0752

Attorneys for Defendant and
Cross-Complainant
DAN JOSEPH MASON

Adrienne C. Publicover (SBN 161432)
Donald P. Sullivan (SBN 191080)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street
17th Floor
San Francisco, CA 94105
Telephone (415) 433-0990
Facsimile (415) 434-1370

Attorneys for Cross-Defendant,
Connecticut General Life Insurance Company

Rodney W. Simmons (SBN 227491)
10824 Olson Drive
C126
Rancho Cordova, CA 95670
(916) 851-5239

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NCO FINANCIAL SYSTEMS, INC., | CASE NO.:  11-cv-152 EJD |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| DAN JOSEPH MASON and ROES 1 through 15, inclusive, | |
| Defendant. | |

-1-

DAN JOSEPH MASON,

           Cross-Complainant,

    v.

CONNECTICUT GENERAL LIFE INSURANCE CO. and ROES 1 through 15,

           Cross-Defendant.

The Parties to the above-titled action have resolved the disputes between them.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff NCO Financial Systems, Inc., Defendant and Cross-Complainant Dan Joseph Mason, and Cross-Defendant Connecticut General Life Insurance Company, through their respective counsel, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed with prejudice in its entirety.  Each party to bear its own costs.

**IT IS SO STIPULATED.**

Date:  June 30, 2011    PRATT & ASSOCIATES

            By:  */S/ Patricia A. Wendleton*
              PATRICIA A. WENDLETON
              Attorneys for Defendant and Cross-Complainant
              DAN JOSEPH MASON

Date:  June 30, 2011    WILSON, ELSER, MOSKOVITZ, EDELMAN & DICKER, LLP

            By:  */S/ Donald P. Sullivan*
              DONALD P. SULLIVAN
              Attorneys for Cross-Defendant
              CONNECTICUT GENERAL LIFE INSURANCE COMPANY

[SIGNATURES CONTINUED ON NEXT PAGE]

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

Date: June 30, 2011                           NCO FINANCIAL SYSTEMS, INC.

                                              By:   */S/ Rodney Wilbur Simmons*
                                                    RODNEY WILBUR SIMMONS
                                                    Attorney for Plaintiff
                                                    NCO Financial Systems, Inc.

### [PROPOSED] ORDER

Pursuant to the parties Stipulation to Dismiss Case with Prejudice and for good cause shown, the above-captioned matter is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**   The Clerk shall close this file.

Date: July 1, 2011                            By: _____
                                                  The Honorable Edward J. Davila
                                                  United States District Court Judge

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752